# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SIGNATURE BUILDING SYSTEMS, INC.,

     Plaintiff,

       v.

SPEARS MANUFACTURING CO., PARTNERS 3190 LLC, and WASHINGTON JP CONSTRUCTION, LLC,

     Defendants.

NO. 3:17-CV-1795

(JUDGE CAPUTO)

## <u>ORDER</u>

**NOW**, this 26th day of February, 2018, **IT IS HEREBY ORDERED** that the Motion to Remand (Doc. 6) filed by Plaintiff Signature Building Systems, Inc. is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge